**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Earl Calvin HANDFIELD,**
**II, Petitioner**

No. 763 MAL 2016

Supreme Court of Pennsylvania.

March 28, 2017

## ORDER

PER CURIAM

AND NOW, this 28th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.